AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| GUSTAVO ADOLFO YABRUDI | ) | 4:18MJ73 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 22, 2016__ in the county of __Denton__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

TFO DELBERT RUTHERFORD, DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: 3/14/18 1:15 pm

_____
Judge's signature

City and state: Sherman, Texas

CHRISTINE A. NOWAK, U.S. Magistrate Judge
Printed name and title

FILED
MAR 14 2018
Clerk, U.S. District Court
Texas Eastern