INTERPRETER

# U.S. District Court
# Southern District of Florida (Ft Lauderdale)
# CRIMINAL DOCKET FOR CASE #: 0:18−mj−06127−PMH−1
## *Internal Use Only*

Case title: USA v. Yabrudi

Date Filed: 03/20/2018
Date Terminated: 04/02/2018

Assigned to: Magistrate Judge Patrick M. Hunt

**Defendant (1)**

**Gustavo Adolfo Yabrudi**
17352−104
*YOB 1978 Spanish*
*TERMINATED: 04/02/2018*

represented by **David William Macey**
David W Macey PA
135 San Lorenzo Avenue
Suite 830
Miami, FL 33146
305−860−2562
Fax: 305−675−5841
Email: dm@davidmacey.com
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

**Leonardo E. Concepcion**
Law Office of Leonardo E. Concepcion, P.A.
135 San Lorenzo Ave
Penthouse−830
Coral Gables, FL 33146
(305) 791−6529
Email: lconcepcionlaw@gmail.com
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**                                                        **Disposition**

18:U.S.C.§1956(h)
CONSPIRACY TO COMMIT
MONEY LAUNDERING

---

**Plaintiff**

**USA**                              represented by   **Jennifer Andrene Keene**
                                                      United States Attorney's Office
                                                      500 E Broward Boulevard
                                                      7th Floor
                                                      Fort Lauderdale, FL 33301–3002
                                                      954–660–5796
                                                      Fax: 356–7336
                                                      Email: Jennifer.Keene@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/20/2018 | 1 | 4 | Magistrate Removal of Complaint AND Arrest Warrant from EASTERN DISTRICT OF TEXAS Case number in the other District 4:18–MJ–73 as to Gustavo Adolfo Yabrudi (1). (at) (Main Document 1 replaced on 3/20/2018) (at). (Main Document 1 replaced on 3/20/2018) (at). (Entered: 03/20/2018) |
| 03/20/2018 |   |   | Arrest of Gustavo Adolfo Yabrudi (at) (Entered: 03/20/2018) |
| 03/20/2018 |   |   | Set Hearings as to Gustavo Adolfo Yabrudi: Initial Appearance – Rule 5(c)(3)/40 set for 3/20/2018 AT 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. (at) (Entered: 03/20/2018) |
| 03/20/2018 | 2 | 13 | Order to Unseal as to Gustavo Adolfo Yabrudi re 1 Magistrate Removal In. (Signed by Magistrate Judge Patrick M. Hunt on 3/20/2018). (at) (Entered: 03/20/2018) |
| 03/20/2018 | 3 | 14 | Minute Order for proceedings held before Magistrate Judge Patrick M. Hunt: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Gustavo Adolfo Yabrudi held on 3/20/2018. Detention Hearing set for 3/27/2018 10:30 AM in Fort Lauderdale Division before FTL Duty Magistrate. Removal Hearing set for 3/27/2018 10:30 AM in Fort Lauderdale Division before FTL Duty Magistrate. Report Re: Counsel Hearing set for 3/23/2018 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. Spanish Interpreter present. (Digital 11:20:58) (Signed by Magistrate Judge Patrick M. Hunt on 3/20/2018). (at) (Entered: 03/20/2018) |
| 03/22/2018 | 4 | 15 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: David William Macey appearing for Gustavo Adolfo Yabrudi (Macey, David) (Entered: 03/22/2018) |

| | | | |
|---|---|---|---|
| 03/27/2018 | 5 | 16 | Minute for proceedings held before Magistrate Judge Lurana S. Snow: Detention Hearing as to Gustavo Adolfo Yabrudi not held on 3/27/2018., ( Status Conference re Detention set for 3/28/2018 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate.), Spanish Interpreter present. (Digital 10:13:18) Signed by Magistrate Judge Lurana S. Snow on 3/27/2018. (tpl) (Entered: 03/27/2018) |
| 03/28/2018 | 6 | 17 | WAIVER of Timely Pretrial Detention Hearing, by Gustavo Adolfo Yabrudi. (tw) (Entered: 03/28/2018) |
| 03/28/2018 | | | Hearings as to Gustavo Adolfo Yabrudi: Detention Hearing set for 4/2/2018 10:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. Removal Hearing set for 4/2/2018 10:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. (tw) (Entered: 03/28/2018) |
| 04/02/2018 | 7 | 18 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Leonardo E. Concepcion appearing for Gustavo Adolfo Yabrudi (at) (Entered: 04/02/2018) |
| 04/02/2018 | 8 | 19 | Minute Order for proceedings held before Magistrate Judge Patrick M. Hunt: Detention Hearing as to Gustavo Adolfo Yabrudi held on 4/2/2018. Witness Ralph Woods testified., Removal Hearing as to Gustavo Adolfo Yabrudi held on 4/2/2018. Court finds probable cause and order defendant removed. Spanish Interpreter present. (Digital 10:03:21) (Signed by Magistrate Judge Patrick M. Hunt on 4/2/2018). (at) (Entered: 04/02/2018) |
| 04/02/2018 | 9 | 20 | COMMITMENT TO ANOTHER DISTRICT as to Gustavo Adolfo Yabrudi. Defendant committed to District of Eastern District of Texas. Closing Case for Defendant. (Signed by Magistrate Judge Patrick M. Hunt on 4/2/2018). (at) **NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014–69.** (Entered: 04/02/2018) |
| 04/02/2018 | 10 | 21 | ORDER OF DETENTION as to Gustavo Adolfo Yabrudi. See attached Order. Signed by Magistrate Judge Patrick M. Hunt on 4/2/2018. (PMH) (Entered: 04/02/2018) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-6127-Hunt

UNITED STATES OF AMERICA,
    Plaintiff
vs.

Gustavo Adolfo Yabrudi,
    Defendant
_____/

## ORDER

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED COMPLAINT.

UPON ORAL motion of the government in open court that the complaint be unsealed, it is hereby

ORDERED AND ADJUDGED that the SEALED COMPLAINT be unsealed as to all parties in this case.

DONE AND ORDERED at Fort Lauderdale, Florida this 20th day of March, 2018.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel

# COURT MINUTES/ORDER
## United States Magistrate Judge Patrick M. Hunt

Date: 03/20/18    Time: 11:00 a.m.

Defendant: Gustavo Adolfo Yabrudi    J#: 17352-104    Case #: 18-6127-Hunt

AUSA: Jennifer Keene Duty    Attorney: ___

Violation: Conspiracy to Commit Money Laundering    (Eastern District of Texas)

Proceeding: Initial Appearance/ Removal    CJA Appt: ___

Bond/PTD Held: ○ Yes  ○ No    Recommended Bond: PTD

Bond Set at: ___    Co-signed by: ___

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: ___

*All parties present*

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel: 3/23/18  11:00 AM  Hunt  FTL
PTD/Bond Hearing: 3/27/18  10:30 AM  Snow  FTL
Prelim/Arraign or Removal: 3/27/18  10:30 AM  Snow  FTL
Status Conference RE: ___

Check if Applicable: ☐  The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 11:20:58    Time in Court: 15 mins

Page: 14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (Ft. Lauderdale)

CASE NO. : 0:18-mj-06127-PMH-1

UNITED STATES OF AMERICA,

v.

GUSTAVO ADOLFO YABRUDI,

    Defendant.

_____/

### NOTICE OF TEMPORARY APPEARANCE AS COUNSEL

    COMES NOW the undersigned counsel, David W. Macey, and enters this Notice of Temporary Appearance as counsel for the defendant, **GUSTAVO ADOLFO YABRUDI**, in the above-styled matter. This appearance is only for the limited purpose of representing defendant at the Detention Hearing and Removal Hearing set for March 27, 2018, at 10:30 a.m. before the FTL Duty Magistrate.

Dated: March 22, 2018                                        Respectfully submitted,

                                                                    s/ David W. Macey
                                                                   David W. Macey, Esq.
                                                                   Florida Bar No.: 185612
                                                                   Law Offices of David W. Macey, P.A.
                                                                   135 San Lorenzo Avenue, PH-830
                                                                   Coral Gables, FL 33146
                                                                   Telephone: (305) 860-2562
                                                                   Facsimile: (305) 675-5841
                                                                   Email: dm@davidmacey.com

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 22, 2018, the undersigned electronically filed the foregoing document with the Clerk using CM/ECF.

                                                          By: s/ David W. Macey
                                                              David W. Macey, Esq.

UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT MINUTES**

U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA ROOM 203-D

DEFT: GUSTAVO YABRUDI (J)#17301-104  CASE NO: 18-6127-HUNT

AUSA: J. KEENE (S BEHNKE COVERING FOR KEENE)  ATTY: DAVID W. MACEY

USPO:

VIOL: 18:USC§ 1956

PROCEEDING: PRETRIAL DETENTION AND REMOVAL HEARING

RECOMMENDED BOND:

BOND/PTD HEARING HELD - **yes** / no

BOND SET @: **HEARINGS NOT HELD**

COUNSEL APPOINTED:

To be cosigned by:

- ❏ All standard conditions
- ❏ Do not encumber property.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Electronic Monitoring:
- ❏ Travel extended to:
- ❏ Other:

** SPANISH INTERPRETER REQUESTED **

**DEFENDANT PRESENT IN COURT WITH COUNSEL**

**ATTORNEY DAVID MACEY INFORMS THE COURT**

**OF A POSSBLE CONFLICT IN THIS CASE**

**HE REPRESENTS A CO-DEFT IN A RELATED CASE**

**REQUEST MATTER TO BE RE-SET FOR TOMORROW**

**FOR A STATUS. WILL TRY TO CONTACT OTHER**

**ATTORNEY.**

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:  PLACE:

REPORT RE COUNSEL:

PTD/BOND HEARING:

*PRELIM/ARRAIGN* OR REMOVAL:

STATUS RE DETENTION: WEDNESDAY MARCH 28, 2018 AT 11 AM DUTY (SNOW)

DATE: 3/27/18  TIME: 10:30 AM  FTL/TAPE/# LSS-  Begin  DAR:

[15 MINS]

***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT ****** YES OR NO  DAR:10:13:18-10:23:11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-6127-HUNT

UNITED STATES OF AMERICA

vs

Gustavo Yabrudi:

### WAIVER OF TIMELY PRETRIAL DETENTION HEARING

The defendant having been advised of the right to a timely pretrial detention hearing, and the defendant having refused and waived a timely pretrial detention hearing,

The defendant now signs this Waiver of a Timely Pretrial Detention Hearing

DATED: 3/28/18       _____
                                    Defendant

### MAGISTRATE JUDGE'S CERTIFICATE

The U. S. Magistrate Judge certifies that the defendant, after being advised of the right to a pretrial detention hearing within five (5) days from the defendant's initial appearance has stated that he/she refused such a timely hearing and signed the foregoing waiver. IT IS ORDERED that a timely hearing in the above-entitled matter is refused and waived, and the defendant is rescheduled for a pretrial detention hearing.

DATED: 3/28/18       _____
                                    LURANA S. SNOW
                                    UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-6127

UNITED STATES OF AMERICA
Plaintiff,

vs.

NOTICE OF **TEMPORARY**
APPEARANCE OF COUNSEL

Gustavo A. Yabrud Defendant(s).

COMES NOW _Leonardo E Concepcion_ and files this temporary appearance as counsel for the above names defendant(s). This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal bond which may be set.

Counsel's Name (Printed): Leonardo Concepcion
Counsel's Signature: _____
Counsel's Address: 135 San Lorenzo Ave
City GG State FL Zip Code 33146
Telephone: 305-519-4510
Bar Number: 0106317
Date: 4/2/18

18

# COURT MINUTES/ORDER
## United States Magistrate Judge Patrick M. Hunt

Date: 04/02/18    Time: 10:00 am

Defendant: Gustavo Adolfo Yabrudi (J)    J#: 17352-104    Case #: 18-6127-Hunt
AUSA: Jennifer Keene (Bruce Brown Duty)    Attorney: David W. Macey, Esq (TEMP)
Violation: Removal from Eastern District Texas
Proceeding: PTD and Removal Hearing    CJA Appt:
Bond/PTD Held: ○ Yes  ○ No    Recommended Bond:
Bond Set at:    Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: SPANISH

Disposition:
All parties present -
Govt proceed by proffer - S/A Ralph Woods sworn - Cross- Redirect.
Argument by sides. The court grants the govt motion for PTD. The courts denies the deft's motion to dismiss the complaint.
The court finds probable cause and order the deft removed.

Leonardeo Concepcion, Esq filed Notic of Temp Appearance Of Counsel.

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

Check if Applicable: [ ]  The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 10:03:21    Time in Court: 1 hour

Page: 19

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __FLORIDA__

| UNITED STATES OF AMERICA<br>V.<br><br>Gustavo Adolfo Yabrudi | **COMMITMENT TO ANOTHER DISTRICT** |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest<br>Eastern District of Texas | District of Offense<br>4:18MJ73 | District of Arrest<br>SOUTHERN DISTRICT OF FLORIDA | District of Offense<br>18-6127-Hunt |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
    Indictment      ☐ Information      X Complaint      ☐ Other:

**DISTRICT OF OFFENSE:**
Eastern District of Texas

**CHARGES:**
    Conspiracy to Commit Money Laundering

**CURRENT BOND STATUS:**
  ☐ Bail fixed at $ _____ and conditions were not met
  ☒ Government moved for detention and defendant detained after hearing in District of Arrest
  ☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
  ☐ Other (specify)

**Representation:**    ☐ Retained Own Counsel    ☐ Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    No    X☐ Yes    Language:    SPANISH

**DISTRICT OF SOUTHERN DISTRICT OF FLORIDA**
TO: THE UNITED STATES MARSHAL

    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

__April 2, 2018__
Date                    UNITED STATES MAGISTRATE JUDGE

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-6127-HUNT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GUSTAVO YABRUDI,

        Defendant.

_____

## DETENTION ORDER

        Pursuant to 18 U.S.C. § 3142(f), on April 2, 2018, the undersigned held a hearing to determine whether the Defendant GUSTAVO YABRUDI should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the Defendant's appearance at trial. Therefore, it is hereby ordered that the Defendant Gustavo Yabrudi be detained prior to trial and until the conclusion thereof.

        In accordance with the provisions of 18 U.S.C. § 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

        1. **18 U.S.C. § 3142(g)(1)** -- **Nature and Circumstances of the Offense.** The Defendant is charged by way criminal complaint[1] with conspiracy to commit money

---

[1] The complaint originates in the Eastern District of Texas. The undersigned held a removal hearing together with the detention hearing, and ordered Defendant removed to

21

laundering in violation of 18 U.S.C. § 1956(h). This charge carries a maximum penalty of twenty years' imprisonment. There is no rebuttable presumption in this case, nor is the charge normally an "eligible" charge for a pretrial detention request under 18 U.S.C. § 3142(f)(1). Rather, the Government seeks detention under 18 U.S.C. § 3142(f)(2)(A), arguing that Mr. Williams poses a serious risk of flight. The Government estimates that Mr. Yabrudi's guideline range would be 235–240 months (the statutory maximum). 18 U.S.C. § 3142(g)(1).

    2. **18 U.S.C. § 3142(g)(2) -- Weight of the Evidence**. The weight of the evidence against this Defendant is sufficient to establish probable cause. At the hearing, the Government proceeded by way of proffer, with DEA Task Force Officer Ralph Woods then made available for cross-examination. The evidence showed that Defendant was previously a cooperating source for the DEA in New York, Boston and Miami. He worked as a money courier for DEA, but was never involved with wire transfers. In November, 2016, he had been deactivated and was no longer authorized to work for the DEA. On November 22, 2016, Dallas DEA acting in an undercover capacity received narcotics proceeds and deposited the money in a law enforcement account. DEA then wired $67,900.00 to Cell Network Inc. Cell Network was a cellular phone company that purchased cell phones in Miami and shipped them to Colombia for resale. Yabrudi made numerous deposits to accounts belonging to Cell Network. The owner/manager of Cell Network (Salomon Maloof) has been debriefed by DEA, and he described his relationship with Yabrudi dating back to 2012. He told DEA that Yabrudi would provide funds by wire,

---

Texas by separate order.

checks and cash to Cell Network accounts, and that Yabrudi told him that the funds were narcotics proceeds. Maloof would then use the narcotics proceeds to purchase large numbers of cellular phones in Miami for resale in Colombia. After reselling the phones, Maloof would pay off the narcotic traffickers in Colombian pesos, as directed by Yabrudi. Maloof provided law enforcement with text messages from Yabrudi and spreadsheets from Cell Network showing numerous transactions with Yabrudi. The Government estimates the total amount of money laundered to be approximately 3.5 million dollars. 18 U.S.C. § 3142(g)(2).

3. **18 U.S.C. § 3142(g)(3) -- History and Characteristics of the Defendant.** Gustavo Yabrudi was born in Venezuela in 1978. He came to the United States in 2005, and has dual citizenship in the U.S. and Venezuela. His parents and two siblings reside in Venezuela. He has another sibling residing in South Florida. He is separated from his wife, and he has two minor children. He has lived at the same address in Pembroke Pines with his girlfriend and their two children for the last four years. He graduated from high school in Venezuela. He owns and works for Flohammer Construction Company. He reports his physical health as fair, and he reports no problems with mental health or substance abuse. He has no criminal history. 18 U.S.C. § 3142(g)(3)(A)–(B).

4. **18 U.S.C. § 3142(g)(4) -- Danger to any Person or the Community.** Based upon the proffered evidence, the undersigned does not find that Defendant is a danger to any other person or the community. He does, however, pose a serious risk of flight due to the long sentence he is facing if convicted, his Venezuelan citizenship, recent

3

travel to Venezuela, and family ties to Venezuela, a country which, the Government proffered, does not extradite its own citizens. 18 U.S.C. § 3142(f)(2)(A). 18 U.S.C. § 3142(g)(4).

5. Based upon the above findings of fact, which were supported by clear and convincing evidence, this Court specifically finds that there are no conditions or combination of conditions that reasonably will assure the Defendant's appearance in court as required. 18 U.S.C. § 3142(e).

The Court hereby directs:

(a) That the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(b) That the Defendant be afforded reasonable opportunity for private consultation with counsel; and

(c) That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Fort Lauderdale, Florida, this 2nd day of April, 2018.

Copies to: All counsel of record

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

4

24