IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES | § | |
| --- | --- | --- |
| | § | |
| v. | § | Case No: 4-18-MJ-73 |
| | § | |
| GUSTAVO ADOLFO YABRUDI | § | |
| | § | |
| | § | |

# UNOPPOSED MOTION TO WITHDRAWAL DEFENDANT'S MOTION TO REOPEN THE UNITED STATES' MOTION FOR DETENTION OF DEFENDANT

On June 15, 2018, the Defendant, Gustavo A. Yabrudi, by and through his respective counsel filed a Motion to Reopen the United States' Motion for Detention of Defendant (DE 11). Defendant now files this Motion to withdrawing his previously filed Motion to Reopen the United States' Motion for Detention of Defendant.

Filed July 5, 2018,                    Respectfully submitted,

*/s/ Leonardo E. Concepcion*
Leonardo E. Concepcion, Esq.
Law Offices of Leonardo E. Concepcion, P.A.
Florida Bar No.: 0106317
135 San Lorenzo Ave
Penthouse, 830
Coral Gables, Fl, 33146
Telephone: 305-519-4510
Facsimile: 305-675-5841
Email: Lconcepcionlaw@gmail.com

## CERTIFICATE OF CONFERENCE

This is an unopposed motion. AUSA Lesley Brooks has no opposition to this motion.

CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was sent to the attorney of record via CM/ECF electronic filing as of this the 5th day of July, 2018.

                                            */s/ Leonardo E. Concepcion*
                                            Leonardo E. Concepcion, Esq.