UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

## SURRENDER OF PASSPORT

DATE: 7/17/2018

CASE NO.: 4:18MJ73

PASSPORT NO.: 067176601

DEFENDANT: Gustavo A Yabrudi

I certify that the above-named Defendant on this date surrendered the above-numbered passport to the Office of the United States District Clerk as ordered by the Honorable Judge Nowak at Sherman, Texas.

DAVID A. O'TOOLE
United States District Clerk

By: *[signature]*
Deputy Clerk

Complete form when passport surrendered to Clerk. Save to your CMA box for docketing. Give a copy to the defendant and after docketing, print copy to attach to the passport and store in the vault.