IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO.  4:18MJ73 |
| | § | |
| GUSTAVO ADOLFO YABRUDI | § | |

MOTION TO DISMISS COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the United States of America, pursuant to Rule 48(a) of the

Federal Rules of Criminal Procedure and requests leave of the Court to dismiss the

Complaint returned in the above-entitled action.

WHEREFORE, premises considered, the United States moves the Court to grant

this Motion, and order that the Complaint in this case be dismissed against GUSTAVO

ADOLFO YABRUDI.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY


/s/ Lesley D. Brooks
LESLEY D. BROOKS
Assistant United States Attorney
600 East Taylor, Suite 2000
Sherman, Texas 75090
Texas Bar No. 24035762
Telephone: 903/868-9454
Facsimile: 903/892-2792

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was delivered via CM\ECF

filing to the defense attorney on this the 29th day of October, 2018.


/s/ Lesley D. Brooks
LESLEY D. BROOKS